■ EDMUND PREISS, Appellant, v. DINHOFER BROS., INC., Respondent.— In an action by an attorney at law to recover the reasonable value of legal services rendered, the attorney appeals from a judgment of the Supreme Court, Kings County, dated August 18, 1960, dismissing the complaint on the merits as to each cause of action; such judgment having been entered upon the decision of an Official Referee, after trial before him pursuant to the stipulation of the parties that he hear and determine the action. Judgment affirmed, with costs. No opinion. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN FAHRENKOPF, Appellant.— Appeal by defendant from a judgment of the County Court, Kings County, rendered October 21, 1960, convicting him, on his plea of guilty, of attempted grand larceny in the second degree, and sentencing him, as a second felony offender, to serve a term of four to five years. Judgment affirmed. No opinion. Nolan, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMMIE E. FLOWERS, Appellant.— Appeal by defendant from a judgment of the County Court, Nassau County, rendered April 1, 1960, convicting him, after a jury trial, of driving a motor vehicle while intoxicated, as a felony (Vehicle and Traffic Law, § 70, subd. 5, now § 1192), and sentencing him to serve a term of one to one and one-half years. Judgment affirmed. No opinion. Nolan, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.